United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KEVIN VILLANUEVA-SAUCEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-183 |
| | § | |
| MIGUEL VERGARA[1] *et al.* | § | |

**ORDER**

Petitioner, an undocumented alien, brings this 28 U.S.C. § 2241 writ of habeas corpus, challenging the constitutionality of their detention (Dkt. No. 1). The Court previously stayed this case pending the Fifth Circuit's resolution of the identical legal issue presented here (*see* Dkt. No. 8). Finding good cause, the Court hereby **LIFTS** the stay and **ENTERS** the following order.

In *Rodriguez v. Ortega*, -- F.4th --, 2026 WL 1906557 (5th Cir. July 2, 2026), the Fifth Circuit held "that the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." 2026 WL 1906557, at *16. "[A] hearing must be held within 90 days of the commencement of detention and that at the hearing, the Government must articulate an individualized justification for further detention without bond." *Id.*

If Petitioner has been detained under § 1225(b)(2)(A) for ninety or more days, Respondents are **ORDERED** to comply with *Rodriguez* within **three days of the date of this Order**. *Id.* Respondents are further **ORDERED** to file an advisory confirming

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

1

their compliance within three days after the bond hearing occurs. If Petitioner has not been detained for ninety or more days, their claim is premature under *Rodriguez*.

All relief not expressly provided for in this Order is **DENIED**. Respondents' Motion for Summary Judgment is **DENIED** (Dkt. No. 5). Petitioner's Motion for Immediate Relief is **DENIED** (Dkt. No. 8). The Court will enter Final Judgment under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** July 6, 2026.

Marina Garcia Marmolejo
United States District Judge